JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6730
   FAX: (415) 436-7169

Attorneys for Defendants[1]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SHAKTI SINGH,<br><br>          Plaintiff,<br><br>     v.<br><br>JONATHAN SCHARFEN, Acting Director,<br>U.S. Citizenship and Immigration Services,<br><br>          Defendant. | No. C 08-2752 VRW<br><br>**JOINT MOTION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

   Plaintiff, by and through his attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

   1. Plaintiff filed this action on or about June 2, 2008, and amended the Complaint on or about July 29, 2008. Defendants were properly served with the amended Complaint on August 6, 2008. Defendants' response is due on August 18, 2008.

   2. Pursuant to this Court's June 2, 2008 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on September 11, 2008, and attend a case management conference on September 18, 2008.

   3. In order to allow sufficient time for Defendants to consider an alternative resolution to

---

[1] Defendants enter their appearance here for the sole purpose of this joint motion, and reserve the right to raise all appropriate defenses in their responsive pleading.

JOINT MOTION
No. C 08-2752 VRW

1  this case and/or Answer and prepare a joint case management statement, the parties hereby
2  respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

3  Last day to file Defendants' Answer:                    October 17, 2008
4  Last day to file Joint ADR Certification:               October 24, 2008
5  Last day to file/serve Joint Case Management Statement: October 30, 2008
6  Case Management Conference:                             November 6, 2008, at ~~11:00 a.m.~~
                                                           3:30 P.M.

7  Dated: August 13, 2008                    Respectfully submitted,

8                                            JOSEPH P. RUSSONIELLO
                                             United States Attorney
9

10                                                    /s/
                                             ─────────────────────────
11                                           MELANIE L. PROCTOR[2]
                                             Assistant United States Attorney
                                             Attorneys for Defendants
12

13 Dated: August 13, 2008                            /s/
                                             ─────────────────────────
14                                           ALAN KAUFMAN
                                             Attorney for Plaintiff

16                              **ORDER**

17      Pursuant to stipulation, IT IS SO ORDERED.

18 Date:  8/15/2008

    *[GRANTED — signed Judge Vaughn R Walker, United States District Court, Northern District of California seal]*

───────────────────────────

[2] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

JOINT MOTION
No. C 08-2752 VRW                    2