1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
6      Telephone: (415) 436-6730
       FAX: (415) 436-7169
7
   Attorneys for Defendant
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                      SAN FRANCISCO DIVISION
11

12  SHAKTI SINGH,                     )      No. C 08-2752 VRW
                                      )
13              Plaintiff,            )
                                      )
14        v.                          )
                                      )
15  JONATHAN SCHARFEN, Acting Director, )    STIPULATION TO DISMISS; ~~PROPOSED~~
    U.S. Citizenship and Immigration Services, )  ORDER
16                                    )
                Defendant.            )
17  _____ )

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

STIPULATION TO DISMISS
No. C 08-2752 VRW                        1

1   The parties hereby stipulate to dismissal of this action. The parties shall bear their own

2   costs and fees.

3   Dated: November 6, 2008                          Respectfully submitted,

4                                                    JOSEPH P. RUSSONIELLO
                                                     United States Attorney
5
                                                     _____/s/_____
6                                                    MELANIE PROCTOR[1]
                                                     Assistant United States Attorney
7                                                    Attorneys for Defendant

8
9   Dated: November 6, 2008                          _____/s/_____
                                                     ALAN M. KAUFMAN
                                                     Attorney for Plaintiff
10

11                        ~~PROPOSED~~ ORDER

12   Pursuant to stipulation, IT IS SO ORDERED.   All pending deadlines are hereby

13  TERMINATED.  The Clerk shall close the file.

14
    Dated:  11/7/2008
15                                                   _____
                                                     VAUGHN R. WALKER
16                                                   United States District Judge

17

18

19

20

21

22

23

24

25

26

27  ─────────────────────

28   [1]I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any
    signatures indicated by a "conformed" signature (/s/) within this efiled document.